# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NATHANIEL BAKER, #289752, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 20-0058-CG-B |
| | ) |
| CYNTHIA STEWARt, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED without prejudice,** prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), because Baker's amended complaint fails to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this the 8th day of March, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE